UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CLINTON,<br><br>        Plaintiff,<br><br>   vs.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. CV 06-5255-DOC (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Sixth Amended Complaint, all the records and files herein, and the Final Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Final Report and Recommendation; (2) granting the Defendants' Motion to Dismiss all claims against Defendants De La Cruz, Engler, Arbini, Jaramillo, Kephart, Terle, Uriaz, and Tripp without leave to amend; and (3) directing that judgment be entered dismissing the Sixth Amended Complaint with prejudice.

DATED: November 12, 2009

_____
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge