JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THOMAS CLINTON,                    )      Case No. CV 06-5255-DOC  (OP)
                                   )
                Plaintiff,         )      J U D G M E N T
                                   )
        vs.                        )
                                   )
DIRECTOR OF                        )
CORRECTIONS, et al.,               )
                                   )
                Defendants         )
_____   )

        Pursuant to the Order Adopting Findings, Conclusions, and Recommendations
of the United States Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ADJUDGED that the Sixth Amended Complaint is dismissed with prejudice.

DATED:   November 12, 2009

HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge